WILLIAM FALLON, Respondent, v. CURTIS LARKIN and PAULA LARKIN, Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to Court of Appeals. Present — Rich, Young, Kapper and Hagarty, JJ.; Manning, J., absent.

RUDOLPH GULICK, Respondent, v. TILO ROOFING CO., INC., Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Rich, Young, Kapper and Hagarty, JJ.; Manning, J., absent.

ANNA HAMILTON, Respondent, v. SIMON KARP and HARRY WASHNITZER, Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable the appellant to apply to the Court of Appeals. Present — Rich, Young, Kapper and Hagarty, JJ.; Manning, J., absent.

ABRAHAM HARRISON, Appellant, v. LAWRENCE B. SIMON, Respondent.— Motion to dismiss appeal granted. Present — Rich, Young, Kapper and Hagarty, JJ.; Manning, J., absent.

GEORGE HOEHN, Appellant, v. GEORGE SCHENCK, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Rich, Young, Kapper and Hagarty, JJ.; Manning, J., absent.

In the Matter of CORNELIUS E. BYRNE, Appellant, v. JANE E. PADDEN, Respondent.— Motion for leave to appeal to the Court of Appeals granted. The question to be certified is: Has the City Court jurisdiction, in a summary proceeding, to enter a money judgment where the claim for arrears of rent exceeds $1,000? Present — Rich, Young, Kapper and Hagarty, JJ.; Manning, J., absent. Settle order on notice.

In the Matter of the Application of CALTON COURT, INCORPORATED, etc., Respondent, for a Peremptory Mandamus Order against WILLIAM H. SWITZER, Building Inspector of the City of New Rochelle, New York, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Rich, Young, Kapper and Hagarty, JJ.; Manning, J., absent.

In the Matter of the Application of JOHN E. EVANS, ex-Fireman, Petitioner, for a Peremptory Mandamus Order against JOHN J. DORMAN, Fire Commissioner of the City of New York, Respondent.— Motion to dismiss appeal granted. Present — Rich, Young, Kapper and Hagarty, JJ.; Manning, J., absent.

In the Matter of the Probate of the Last Will and Testament of VINCENZO MANDRACCHIA, Deceased.— Motion to dismiss appeal denied on condition that appellant serve his case within ten days from the entry of the order herein; otherwise, motion granted, with ten dollars costs. Present — Rich, Young, Kapper and Hagarty, JJ.; Manning, J., absent.